IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| GREGORY WAYNE CULLAR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:16-cv-00091-O-BL |
| | § | |
| NANCY A. BERRYHILL, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (ECF No. 13). No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are **ACCEPTED** as the Findings and Conclusions of the Court.

It is therefore **ORDERED** that this case is **REMANDED** for further administrative proceedings consistent with the Findings and Conclusions of the Court and this Order. The clerk is **DIRECTED** to mail a certified copy of this order to the appropriate clerk.

**SO ORDERED** on this **13th day** of **October, 2017.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE